UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA,     )
             Petitioner,     )
)
     v.     )     M.B.D. No. 11-mc-91118-PBS
)
DAVID GONSALVES,     )
             Respondent.     )
)

**ORDER ENFORCING INTERNAL
REVENUE SERVICE SUMMONS**

     The Petition to Enforce Internal Revenue Service Summonses having come before

United States District Court for the District of Massachusetts for hearing on

*June 13 2011*, and the respondent, David Gonsalves, having failed to show any cause

why he should not obey the Summonses issued to him on December 16, 2010:

     IT IS ORDERED that David Gonsalves obey the Summonses issued on December

16, 2010 and appear with the documents and/or testimony responsive to the Summonses

before Revenue Officer James Kelly, or any other officer of the Internal Revenue Service

authorized to examine records and take testimony, on or before *July 28, 2011*    at

*10:00* AM at the office of the Internal Revenue Service, 1250 Hancock Street, Suite 503,

South Quincy, MA 02169, (617) 745-7226. Failure to comply with this Order shall make

the respondent liable for a finding of contempt of court.

SO ORDERED this *13th* day
of *June*    , 2011.

                                UNITED STATES MAGISTRATE JUDGE